454 A.2d 161

Commonwealth v. Bruce, Appellant.

Submitted September 21, 1982.   Lawrence A. Kalikow, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.